# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

LEWIS EZEKIEL GALLOWAY

NO. 2020 KW 0661

SEP 2 8 2020

---

In Re:   Lewis Ezekiel Galloway, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 527,474.

---

BEFORE:   McDONALD, HOLDRIDGE, AND PENZATO, JJ.

WRIT DENIED.

JMM
GH
AHP

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT